de 2006

RECEIVED & FILED

06 SEP -8 AM 11: 12

...AS BURGOS —16141-069

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HONORABLE JUEZ JOSE A. FUSTE

Muy respetuosamente acudo a usted para presentarle un problema por el cual estoy pasando. El ano pasado en la cárcel Federal de Miami Florida me dio un dolor en el lado derecho del estomago. Me diagnosticaron que no tenia nada con solo tocarme y nada mas. De allí fui transferido a la cárcel de Yazoo City en Missisippi. En esa nueva cárcel le presente el problema del dolor de estomago al personal medico. Me hicieron unos análisis de sangre y lo mismo que en Miami dijeron que no tenia nada. Otro día tuve que ir por emergencias el doctor que estaba no era de la cárcel Médium en la cual me encontraba y me ordeno un CT Scan y otras pruebas, pero el personal encargado del hospital denegó los análisis ya que eran muy caros. Tengo pruebas de todas las veces que pedí atención médica; ya que para que me atendieran tuve que escribir varias cartas a mi consejero, al alcaide de la Prisión y a la región del BOP de prisiones. Al salir de la cárcel e ingresar a las Medias Casas en Philadelphia PA. El problema de salud se puso peor por lo cual le presente mi caso a mi Case Manager y me dijo que ni las Medias Casas ni el BOP iban a correr con gastos médicos de ninguna clase.

En julio 17 del presente ano al encontrarme en un pase en la casa de mi hermana el dolor se agravó y mi hermana me llevo al doctor que ella asiste. El mismo me examino Y al escuchar el tiempo que llevo con el dolor de estomago y al explicarle que mi padre Murió de cáncer estomacal; me ordeno unos análisis, un CT Scan y una Colonoscopia. Pude hacerme el análisis de sangre el 7-24-2006. Luego el día de la cita para el CT Scan El Case Manager, el cual se aprobó la salida del programa para hacerme dicha prueba, se equivoco en la fecha y al no encontrarse el ese día el personal a cargo no me dieron permiso para salir. Le pedí que llamaran al Director del Programa al llegar y ver lo que pensaba dijo que tenia que leer el papel de mi pase al leerlo y ver que me dirigía a un hospital para hacerme un CT Scan dijo que no, que había que llamar a su director del BOP. Al llamar la persona con la cual se comunico y el determinaron negarme el pase para poder realizarme el análisis, el cual era muy importante para mi condición de salud. La razón de la negación fue que ni el Programa ni el BOP pensaban pagarme ningún análisis.

Luego de eso el día 12 de agosto de 2006 tuve que ser trasladado a sala de emergencias; ya que el dolor era muy fuerte y las veces que fui al baño emanaba sangre al hacer mis Necesidades. Allí me hicieron otros análisis y determinaron que necesitaba un CT Scan y una Colonoscopy. Me pude hacer el CT Scan. Solicite ayude al Programa Charitry y al presente están sometiendo mis papeles para ver hasta donde me pueden ayudar, pero no pagan la Colonoscopy.

RESPETUOSAMENTE ruego a usted su ayuda para que el BOP me pague el estudio COLONOSCOPY que el Plan Charity no me cubre ya que todavía estoy bajo la custodia de dicha Institución y lo que me gano no es lo suficiente para poder sufragar dichos análisis.

*H. Pamias*

anexos