

August 15, 2006

Henry Pamias
27 Augusta Drive
Westampton, NJ 08060

Dear Henry Pamias,

Thank you for contacting Virtua Health. We realize it can be time consuming to find information on physicians for you and your family. That's why Virtua gives you access to over 1,000 doctors via our web site (www.virtua.org) and our toll-free call center.

Our physician referral service provides you with physicians who are active members of our medical staffs, based on your medical needs and preferences. The physicians do not pay to be listed on our referral service and their names are rotated regularly.

For your convenience, we have included a list of the names, addresses and phone numbers of the doctors referred to you when you called.

If we can be of further assistance, please call us at **1-888-Virtua-3** (1-888-847-8823).

Sincerely,

Eileen O'Brien, MS
Director, Internet Marketing & Call Center Communications

Lee DeLacy, MD, Gastroenterology (IM), (609) 265-1700
Amherst Commons, Suite 2
693 Main Street, Building A
Lumberton, NJ 08048

Specialty Center at Kyle Will, Gastroenterology (IM), (856) 246-3167
Kyle W. Will Family Health Ctr
1000 Atlantic Avenue
Camden, NJ 08104

State of New Jersey

**PRESCRIPTION BLANK**

**RAFAEL D. HASBUN, M.D.**
BOARD CERTIFIED INTERNIST - PRIMARY CARE
813 EAST GATE DRIVE
MT. LAUREL, NJ 08054

(856) 608-0500 TEL.
(856) 608-0501 FAX

BATCH # MDI-20060104-IM5020484-20

LIC. # MA054677
DEA # ________

IF PRESCRIPTION IS WRITTEN AT ALTERNATE PRACTICE SITE, CHECK HERE ☐ AND PRINT ALTERNATE ADDRESS AND TELEPHONE NUMBER ON REVERSE SIDE

PATIENT Henry Ramirez D.O.B. ____

ADDRESS ________ DATE 7/07/04

**Rx**

1-888-Virtua3

Gastroenterology
Colonoscopy

Dx: Family hx Colon ca

SUBSTITUTION PERMISSIBLE ________ DO NOT SUBSTITUTE ________

SIGNATURE OF PRESCRIBER

DO NOT REFILL ____

REFILL ____ TIMES

*Use separate form for each controlled substance prescription*

THEFT, UNAUTHORIZED POSSESSION AND/OR USE OF THIS FORM INCLUDING ALTERATIONS OR FORGERY, ARE CRIMES PUNISHABLE BY




Memorial Hospital
Burlington County

175 Madison Avenue
Mount Holly, NJ 08060-2099
609.267.0700
www.virtua.org

To Whom It May Concern:

This is to advise you that, HENRY POLLIOS have a radiology study performed on AUGUST 17, 2006 @ 10:30 AM at Virtua Memorial Hospital Burlington County.

Thank you,

any question feel free to call @ 609-267-0700 EXT 43700

State of New Jersey
PRESCRIPTION BLANK

4005956745

RAFAEL D. HASBUN, M.D.
BOARD CERTIFIED INTERNIST - PRIMARY CARE
513 EAST GATE DRIVE
MT. LAUREL, NJ 08054

(856) 608-0500 TEL
(856) 608-0501 FAX

LIC. # MA054677
DEA # ______

BATCH # MDL-20060104-IM5020484-20

Drank @ 9 Am

IF PRESCRIPTION IS WRITTEN AT ALTERNATE PRACTICE SITE, CHECK HERE ☐ AND PRINT ALTERNATE ADDRESS AND TELEPHONE NUMBER ON REVERSE SIDE

PATIENT Jerry Thomas D.O.B. ______

ADDRESS ______ DATE 7/17/06

Rx

CT scan of abd + pelvis c̄ contrast
Dx abdominal pain
Family hx stomach + colon ca

SUBSTITUTION PERMISSIBLE ______ DO NOT SUBSTITUTE ______

DO NOT REFILL ______ SIGNATURE OF PRESCRIBER

REFILL ______ TIMES

Use separate form for each controlled substance prescription

THEFT, UNAUTHORIZED POSSESSION AND/OR USE OF THIS FORM INCLUDING ALTERATIONS OR FORGERY, ARE CRIMES PUNISHABLE BY



VIRTUA HEALTH
PO BOX 6010
BELLMAWR, NJ 08099-6010

| DATE | AMOUNT DUE | DUE BY |
|---|---|---|
| 8/18/2006 | **$5,117.82** | Upon Receipt |

| PATIENT NAME | |
|---|---|
| PAMIAS BURGOS, HENR | |
| **ACCOUNT NUMBER** | **DATES OF SERVICE** |
| 4005956745 | 7/28/2006 |

QUESTIONS? PLEASE CALL **(800)418-5685**
MONDAY TO FRIDAY 8:30 AM - 5:00 PM
TAX ID NUMBER 21-0634562

*****************AUTO**3-DIGIT 080

HENRY JAVIER PAMIAS BURGOS 4005956745
27 AUGUSTA DR
WESTAMPTON, NJ 08060-4719

YOU MAY SUBMIT THIS PORTION OF YOUR STATEMENT TO YOUR INSURANCE CARRIER. PLEASE DETACH AT PERFORATION BEFORE MAILING.

| | **PREVIOUS BALANCE** | **$0.00** |
|---|---|---|
| 08/17/06 | 1 PHARMACY | 217.82 |
| 08/17/06 | 2 CAT SCAN | 4,900.00 |
| | **TOTAL DUE FROM PATIENT** | **$5,117.82** |

| TOTAL CHARGES: $5,117.82 | PATIENT PAYMENTS: $0.00 | TOTAL PYMTS AND ADJMTS: $0.00 | **PLEASE PAY THIS AMOUNT:** | **$5,117.82** |
|---|---|---|---|---|

Please enter Account Number on all checks and correspondence. Detach and return the bottom portion of this statement with your remittance. If the insurance or plan information shown below is incorrect or if your insurance information has changed, please indicate change(s) on the reverse side and return to our office. Thank you for your prompt remittance.

PLEASE VERIFY THAT YOUR INSURANCE PLAN INFORMATION IS CORRECT AS SHOWN BELOW. INDICATE ANY CHANGES ON THE REVERSE SIDE OF THIS FORM AND RETURN TO US FOR PROPER INSURANCE BILLING.

Primary Insurance: SELF PAY
Policy Number: 581676016

UNABLE TO PAY? DON'T JEOPARDIZE YOUR CREDIT. YOU MAY QUALIFY FOR CHARITY CARE.

A CUSTOMER SERVICE REP MAY BE CALLING YOU IN THE NEAR FUTURE TO DISCUSS PAYMENT OPTIONS.

***YOU MAY RECEIVE SEPARATE BILLS FOR PHYSICIAN SERVICES SUCH AS RADIOLOGISTS, ANESTHESIOLGISTS, CARDIOLOGISTS, ER PHYSICIANS, AND CONSULTING PHYSICIANS.***

IMPORTANT: If you wish to pay by credit card, please be aware that we only accept the cards shown below. If your card is accepted, please complete the following information and be sure to include the card holder's signature. Please check one:

VISA ☐ MASTERCARD ☐ AMEX ☐ DISCOVER ☐ CARE CREDIT ☐

CARD NUMBER____________________

SECURITY CODE: __________ EXP. DATE: ____/____/____

CARDHOLDER NAME:(Please print)____________________

SIGNATURE(Required)____________________

Dollar Amount Paid:__________

PLEASE MAKE YOUR CHECK PAYABLE TO ➡

VIRTUA HEALTH
PO BOX 6010
BELLMAWR, NJ 08099-6010

Account #4005956745 Amt Due: $5,117.82

Patient: PAMIAS BURGOS, HENR



VIRTUA HEALTH
PO BOX 6010
BELLMAWR, NJ 08099-6010

| DATE | AMOUNT DUE | DUE BY |
|---|---|---|
| 8/17/2006 | $3,535.55 | Upon Receipt |

| PATIENT NAME | |
|---|---|
| PAMIAS BURGOS, HENR | |
| **ACCOUNT NUMBER** | **DATES OF SERVICE** |
| 4006055133 | 8/12/2006 |

QUESTIONS? PLEASE CALL (800)418-5685
MONDAY TO FRIDAY 8:30 AM - 5:00 PM
TAX ID NUMBER 21-0634582

YOU MAY SUBMIT THIS PORTION OF YOUR STATEMENT TO YOUR INSURANCE CARRIER. PLEASE DETACH AT PERFORATION BEFORE MAILING.

*********AUTO**3-DIGIT 080

HENRY JAVIER PAMIAS BURGOS 4006055133
27 AUGUSTA DR
WESTAMPTON, NJ 08060-4719

| | PREVIOUS BALANCE | $0.00 |
|---|---|---|
| 08/12/06 | 8 LABORATORY | 530.55 |
| 08/12/06 | 1 ULTRASOUND | 1,200.00 |
| 08/12/06 | 1 EMERGENCY ROOM | 1,805.00 |
| | TOTAL DUE FROM PATIENT | $3,535.55 |

| TOTAL CHARGES: $3,535.55 | PATIENT PAYMENTS: $0.00 | TOTAL PYMTS AND ADJMTS: $0.00 | PLEASE PAY THIS AMOUNT: $3,535.55 |
|---|---|---|---|

Please enter Account Number on all checks and correspondence. Detach and return the bottom portion of this statement with your remittance. If the insurance or plan information shown below is incorrect or if your insurance information has changed, please indicate change(s) on the reverse side and return to our office. Thank you for your prompt remittance.

PLEASE VERIFY THAT YOUR INSURANCE PLAN INFORMATION IS CORRECT AS SHOWN BELOW. INDICATE ANY CHANGES ON THE REVERSE SIDE OF THIS FORM AND RETURN TO US FOR PROPER INSURANCE BILLING.

Primary Insurance: SELF PAY
Policy Number: 581676016

YOUR INSURANCE HAS PAID ITS PORTION OF THE ACCOUNT. THE BALANCE DUE IS YOUR RESPONSIBILITY. PLEASE PAY PROMPTLY.

A CUSTOMER SERVICE REP MAY BE CALLING YOU IN THE NEAR FUTURE TO DISCUSS PAYMENT OPTIONS.

***YOU MAY RECEIVE SEPARATE BILLS FOR PHYSICIAN SERVICES SUCH AS RADIOLOGISTS, ANESTHESIOLGISTS, CARDIOLOGISTS, ER PHYSICIANS, AND CONSULTING PHYSICIANS.***

IMPORTANT: If you wish to pay by credit card, please be aware that we only accept the cards shown below. If your card is accepted, please complete the following information and be sure to include the card holder's signature. Please check one:

VISA ☐ MASTERCARD ☐ AMEX ☐ DISCOVER ☐ CARE CREDIT ☐

CARD NUMBER ____________________

SECURITY CODE: __________ EXP. DATE: ____/____/____

CARDHOLDER NAME:(Please print) ____________________

SIGNATURE(Required) ____________________

Dollar Amount Paid: __________

PLEASE MAKE YOUR CHECK PAYABLE TO ➡

VIRTUA HEALTH
PO BOX 6010
BELLMAWR, NJ 08099-6010

Account #4006055133 Amt Due: $3,535.55
Patient: PAMIAS BURGOS, HENR

694



VIRTUA HEALTH
PO BOX 6010
BELLMAWR, NJ 08099-6010

| DATE | AMOUNT DUE | DUE BY |
|---|---|---|
| 7/29/2006 | $340.62 | Upon Receipt |

| PATIENT NAME | |
|---|---|
| PAMIAS BURGOS, HENR | |
| ACCOUNT NUMBER | DATES OF SERVICE |
| 4005952140 | 7/24/2006 |

QUESTIONS? PLEASE CALL (800)418-5685
MONDAY TO FRIDAY 8:30 AM - 5:00 PM
TAX ID NUMBER 21-0634562

YOU MAY SUBMIT THIS PORTION OF YOUR STATEMENT TO YOUR INSURANCE CARRIER. PLEASE DETACH AT PERFORATION BEFORE MAILING.

****************AUTO**3-DIGIT 080

HENRY JAVIER PAMIAS BURGOS 4005952140
27 AUGUSTA DR
WESTAMPTON, NJ 08060-4719

| | PREVIOUS BALANCE | $0.00 |
|---|---|---|
| 07/24/06 | 7 LABORATORY | 340.62 |
| | TOTAL DUE FROM PATIENT | $340.62 |

| TOTAL CHARGES: $340.62 | PATIENT PAYMENTS: $0.00 | TOTAL PYMTS AND ADJMTS: $0.00 | PLEASE PAY THIS AMOUNT: $340.62 |
|---|---|---|---|

Please enter Account Number on all checks and correspondence. Detach and return the bottom portion of this statement with your remittance. If the insurance or plan information shown below is incorrect or if your insurance information has changed, please indicate change(s) on the reverse side and return to our office. Thank you for your prompt remittance.

PLEASE VERIFY THAT YOUR INSURANCE PLAN INFORMATION IS CORRECT AS SHOWN BELOW. INDICATE ANY CHANGES ON THE REVERSE SIDE OF THIS FORM AND RETURN TO US FOR PROPER INSURANCE BILLING.

Primary Insurance: SELF PAY
Policy Number: 581676016

YOUR INSURANCE HAS PAID ITS PORTION OF THE ACCOUNT. THE BALANCE DUE IS YOUR RESPONSIBILITY. PLEASE PAY PROMPTLY.

A CUSTOMER SERVICE REP MAY BE CALLING YOU IN THE NEAR FUTURE TO DISCUSS PAYMENT OPTIONS.

***YOU MAY RECEIVE SEPARATE BILLS FOR PHYSICIAN SERVICES SUCH AS RADIOLOGISTS, ANESTHESIOLGISTS, CARDIOLOGISTS, ER PHYSICIANS, AND CONSULTING PHYSICIANS.***

IMPORTANT: If you wish to pay by credit card, please be aware that we only accept the cards shown below. If your card is accepted, please complete the following information and be sure to include the card holder's signature. Please check one:

VISA ☐ MASTERCARD ☐ AMEX ☐ DISCOVER ☐ CARE CREDIT ☐

CARD NUMBER__________

SECURITY CODE: ______ EXP. DATE: ___/___/___

CARDHOLDER NAME:(Please print)__________

SIGNATURE(Required)__________

Dollar Amount Paid:__________

PLEASE MAKE YOUR CHECK PAYABLE TO →

VIRTUA HEALTH
PO BOX 6010
BELLMAWR, NJ 08099-6010

Account #4005952140 Amt Due: $340.62
Patient: PAMIAS BURGOS, HENR

758