HENRY J. PAMIAS
27 AUGUSTA DR.
WESTAMPTON N. J.   08060

7005 2570 0001 6185 4445

CERTIFIED MAIL

HON. JUEZ JOSE A. FUSTED
HC-133 CORTE FEDERAL
AVE. CHARDON #150
SAN JUAN, P. R.   00918

