UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY PAMIAS-BURGOS (06),<br><br>    Defendant. | Criminal No. 97-284 (JAF) |

**O R D E R**

The Bureau of Prisons must attend the apparently-serious gastrointestinal condition suffered by inmate Henry Pamias-Burgos, Register No. 16141-069. This inmate, presently in a half-way house in Philadelphia, is complaining of what may be gastrointestinal cancer since at least 2005. The Bureau of Prisons must send this man for a colonoscopy and an evaluation by a specialist **immediately**.

Lack of treatment for a serious condition while under the custody of the Bureau of Prisons may constitute actionable conduct in a 42 U.S.C. § 1983 cause of action for failure to treat.

The Clerk shall notify the Bureau of Prisons, Northeast Regional Office, with a copy of this Order, by fax, at (215) 597-1893.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 14th day of September, 2006.

                                            S/José Antonio Fusté
                                            JOSE ANTONIO FUSTE
                                            U. S. District Judge