# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 97CR284-06 |

| DOCKET NUMBER (Rec. Court) |
|---|
| CR. 06-1014 (JAF) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Henry Pamias-Burgos | Puerto Rico | San Juan |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Hon. José A. Fuste |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 10-06-06 | TO 10-05-11 |
|---|---|---|

**OFFENSE**

21 U.S.C. § 846 Unlawful conspirancy to posses with intent to distribute and distribution in excess of five(5) kilograms(gross weight) of cocaine. Class "A" felony.

RECEIVED DEC 21 2006 AT 8:30 WILLIAM T. WALSH CLERK

RECEIVED AND FILED 2007 JAN -3 PM 4:10 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Judicial District of New Jersey</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/28/2006  
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/26/06  
Effective Date

United States District Judge