

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

WILLIAM T. WALSH
CLERK

**CAMDEN OFFICE**
MITCHELL H. COHEN U.S. COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS, ROOM 1050
CAMDEN, NEW JERSEY 08101

**TRENTON OFFICE**
CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET, ROOM 2020
TRENTON, NJ 08608

December 27, 2006

**REPLY TO:  TRENTON**

Frances Rios de Moran, Esq.
Clerk, U.S. District Court, District of Puerto Rico
Clement Ruiz-Nazario U.S. Courthouse
150 Carlos hardon Street
Hato Rey, Puerto Rico 00918

Re: USA v. Henry Pamias-Burgos
Criminal 03:06-1014 (JAP

Dear Mr. Moran:

Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District. Please note that this matter has been filed in this District and assigned the above referenced docket number. Please forward the appropriate documentation to this District at your earliest convenience.

Thank you for your anticipated cooperation in this matter.

Sincerely,

William T. Walsh, Clerk

/Kent Marshall
by   Kent Marshall, Deputy Clerk

cc: U.S. Probation - D of NJ