UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN  
CLERK

TEL. (787) 772-3012  
FAX (787) 766-5693

January 10, 2007

Mr. William T. Walsh  
Clerk of Court  
District of New Jersey  
402 E. State Street, Room 2020  
Trenton, New Jersey 08608

Re: Cr. No. 97-284-06 (JAF)  
<u>USA vs. Valle-Lassalle</u>

Dear Mr. Walsh:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on January 03, 2007, we enclose the following documents:

1. Certified copy of Indictment filed on December 17, 1997 (docket #2).

2. Certified copy of Superseding Indictment filed on July 15, 1998 (docket #91)

2. Certified copy of **Sealed** Judgment filed on August 25, 1999 (docket #415).

3. Certified copy of Transfer of Jurisdiction Order filed on January 03, 2007 (docket #1663).

4. Certified copy of docket sheet .

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN  
Clerk of Court

Lida Isis Egele  
Operations Manager

Enc.